IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 20-189 |
| | : | CIVIL ACTION NO. 23-966 |
| JOSE GALINDO | : | |

## ORDER

**AND NOW**, this 2nd day of October, 2023, after considering the motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 filed by the *pro se* movant, Jose Galindo, ("Galindo") (Crim. A. No. 20-189, Doc. No. 25), the government's response in opposition to the motion, (Crim. A. No. 20-189, Doc. No. 32), and Galindo's reply to the government's response (Crim. A. No. 20-189, Doc. No. 41), and the applicable record; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion to vacate, set aside, or correct sentence under filed under 28 U.S.C. § 2255 (Crim. A. No. 20-189, Doc. No. 25) is **DISMISSED**;

2. The clerk of court shall serve a copy of this order upon Galindo;

3. There is no cause to issue a certificate of appealability; and

4. The clerk of court shall mark Civil Action No. 23-966 as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.